**Order entered February 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-15-00024-CV

---

### IN RE DERRICK YOUNG, Relator

---

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-18771**

---

## ORDER
Before Justices Lang, Fillmore and Brown

Before the Court is Relator's Motion for Emergency Order to Redirect Results of Genetic Testing. To preserve this Court's jurisdiction over the petition for writ of mandamus, we **GRANT** the following temporary relief. TEX. R. APP. P. 52.10.

We **ORDER** relator, Derrick Young, real parties in interest, Yolanda Roddy and Diron Thompson, all attorneys of record, and the trial judge, the Honorable Andrea Plumlee, to direct the DNA testing facility, DNA Diagnostics Center, any other testing agency or entity involved in parentage testing in this case, and their officers, agents, servants, employees, attorneys and persons in active concert or participation with them to do the following until further order of this Court: (a) halt the processing of any samples; (b) seal any results that have already been obtained, and (c) deliver any and all copies of such sealed testing results directly to this Court for filing under seal until further order of this Court.

Should DNA Diagnostics Center or any other testing agency or entity involved in parentage testing in this case fail to comply with the instructions of the parties and the trial court set forth above, we **ORDER**, should they receive any documentation of any kind, whether in electronic or paper form respecting any parental testing done in this case, relator, Derrick Young, real parties in interest, Yolanda Roddy and Diron Thompson, all attorneys of record, and the trial judge, the Honorable Andrea Plumlee, before reviewing any results of such testing and without making any copy of any results or other documentation, immediately to place such results or documentation in a sealed envelope and deliver any and all copies directly to this Court for filing under seal until further order of this Court.

We **ORDER** relator, Derrick Young, real parties in interest Yolanda Roddy and Diron Thompson, all attorneys of record, and all representatives, agents, servants, employees, attorney and persons in active concert with them not to disclose to anyone the results of any genetic testing they have received or that they receive or any information they have received or that they receive as a result of such genetic testing until further order of this Court.

We **ORDER** that the results of any genetic testing or any information obtained as a result of any genetic testing that is the subject of this order may not be used for any purpose, at any time, including but not limited to this mandamus proceeding, the underlying litigation or any other proceeding until further order of this Court.

The Court's January 9, 2015 order of stay remains in effect until further order of this Court.

/s/     DOUGLAS S. LANG
          JUSTICE